DAVID N. BARRY, ESQ. (SBN 219230)
**THE BARRY LAW FIRM**
11845 W. Olympic Blvd., Suite 1270
Los Angeles, CA 90064
Telephone: 310.684.5859
Facsimile: 310.862.4539

Attorneys for Plaintiff, RYAN ZAZUETA

Andrew L. Chang (SBN 222309)
Melina Manetti (SBN 318350)
**SHOOK HARDY AND BACON LLP**
One Montgomery Suite 2600
San Francisco, CA 94104
Telephone: 415.391.0281
Fax: 415.986.8054

Attorneys for Defendant, FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: FORD MOTOR CO. DPS6 POWERSHIFT TRANSMISSION PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>Ryan Zazueta v. Ford Motor Company, Central District of California, Case No. 2:20-cv-10000-AB-PVC | Case No. 2:18-ml-02814-AB-PVC<br><br>**JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE** |

Plaintiff Ryan Zazueta and Ford Motor Company by and through their respective counsel of record, hereby submit this Joint Stipulation to Dismiss with Prejudice as follows:

1. WHEREAS plaintiff intends to seek class member benefits under the arbitration program established by the Vargas settlement.

-1-

**JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE**

**THEREFORE, IT IS HEREBY STIPULATED** by and between Plaintiff and Defendant, by and through their attorneys of record, that the above entitled matter be dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO STIPULATED.**

DATED: November 17, 2020          THE BARRY LAW FIRM

                         By:   */s/ David N. Barry*
                                David N. Barry
                                Attorney for Plaintiff,
                                RYAN ZAZUETA

DATED: November 16, 2020          SHOOK HARDY AND BACON LLP

                         By:   */s/ Melina Manetti*
                                Andrew L. Chang
                                Melina Manetti
                                Attorneys for Defendant,
                                FORD MOTOR COMPANY

-2-

**JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE**

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 17, 2020, I filed the foregoing document entitled **JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE** with the clerk of court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record in this action.

                                                  /s/ David N. Barry  
                                                  David N. Barry  
                                                  Attorney for Plaintiff,  
                                                  RYAN ZAZUETA